**FILED**

10/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0416

ANNELIES AIKING-TAYLOR,

    Plaintiff and Appellant,

v.

OLIVER SERANG,

    Defendant and Appellee.

**FILED**

OCT 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on October 28, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(b) encourages parties ". . . to limit the number of issues to 4 or fewer." Appellant's brief contained 23 separate issues, indicated in the brief as 10 issues, each with sub-issues. Although the rules do not mandate a limit, Appellant's Brief far exceeds the *recommended* amount of issues to present on appeal pursuant to M. R. App. P. 12(b).

Appellant's brief contains the section "Statement of the Facts part 1," which lists all relevant files from the Justice Court and the District Court. This section is not required under M. R. App. P. 12(1)(a)-(i). The relevant transcripts and documents to which Appellant refers should be transmitted to this Court for review. Many of these documents appear to be contained in Appellant's Appendix. The Rules provide the manner in which transmittal of the record and transcripts must be accomplished.

Finally, pursuant to M. R. App. P. 11(4)(a), "a principal brief shall not exceed 10,000 words . . . ." Appellant's certificate indicates that the brief meets the 10,000-word limit, however, upon review it appears that Appellant's brief approaches, if not exceeds, a 12,000-word count.

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the above noted insufficiencies and specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant, appearing pro se, by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 29th day of October, 2020.

For the Court,

By_____

Justice